# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-183 |
| REGINALD ANDERSON, | |
| Defendant. | |

## O R D E R

A jury trial in the above captioned case having been conducted on July 27, 2021, and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that upon return of a jury verdict the evidence listed on the attached receipt was returned to Counsel for the Government on July 29, 2021, for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED**, this 4th day of August, 2021.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA